**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-6608**

STANFORD EL CHRISTOPHER MCPHERSON, JR., a/k/a
Chris Rattis,

                                        Plaintiff - Appellant,

          versus

JOI CRYSTAL NORFLEET; ERROL DAWSON JARMAN,
Agent, "S.B.I"; SCOTT DAVID SIKKINK, Det.;
TABITHA ANN ADKINS,

                                        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Malcolm J. Howard, Senior
District Judge.  (5:04-ct-00713-H)

Submitted: August 24, 2006          Decided: August 30, 2006

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stanford El Christopher McPherson, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Stanford El Christopher McPherson, Jr., appeals the district court's order denying his attempt to file motions in his 42 U.S.C. § 1983 (2000) complaint that had been dismissed in 2004. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McPherson v. Norfleet, No. 5:04-ct-00713-H (E.D.N.C. filed Mar. 28, 2006 & entered Mar. 29, 2006). We deny McPherson's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -